UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


CLOSED

| | |
|---|---|
| LATINO FOOD CORPORATION, INC., PERU FOOD, INC.<br><br>Plaintiff,<br><br>v.<br><br>NESTLE S.A., NESTLE USA, NESTLE PERU<br><br>Defendants. | Civil Action No. 17-cv-11698-ES-MAH<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)** |

**WHEREAS**, this matter was filed by the filing of a Complaint by plaintiffs LATINO FOOD CORPORATION AND PERU FOOD on or about November 16, 2017; and

**WHEREAS**, as of the date subscribed, the time of the defendants to answer or otherwise move with respect to the Complaint has not expired; and

**WHEREAS**, Fed.R.Civ.P. 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" and the defendants in this case have not served an answer and have not moved for summary judgment

**NOW THEREFORE**, the within action is dismissed without prejudice.

                                            **GILBERTO M. GARCIA, LLC**
                                            Attorney for Plaintiffs,
                                            LATINO FOOD CORPORATION
                                            PERU FOOD, INC.

                                            /s/ Gilberto M. Garcia
                          By:    Gilberto M. Garcia, Esq.
                                            25 East Spring Valley Avenue
                                            Suite 200
                                            Maywood, NJ 07607
                                            (201) 328-7042

Dated: June 4, 2017

*So Ordered -*
*[signature] ESJ*
*6/5/18*